Tab 04

| STATIC-2002R CODING | | |
|---|---|---|
| ITEMS | Raw Score | Subscore |
| **AGE**<br>**1. Age at Release**<br>　　18 to 34.9  =  2<br>　　35 to 39.9  =  1<br>　　40 to 59.9  = 0<br>　　60 or older = -2 | | |
| **PERSISTENCE OF SEXUAL OFFENDING**<br>**2. Prior Sentencing Occasions for Sexual Offences:**<br>　　No prior sentencing dates for sexual offences = 0<br>　　1 = 1<br>　　2, 3 = 2<br>　　4 or more = 3 | | |
| **3. Any Juvenile Arrest for a Sexual Offence and Convicted as an Adult**<br>　**for a Separate Sexual Offence:**<br>　　No arrest for a sexual offence prior to age 18 = 0<br>　　Arrest prior to age 18 and conviction after age 18 = 1 | | |
| **4. Rate of Sexual Offending:**<br>　　Less than one sentencing occasion every 15 years = 0<br>　　One or more sentencing occasions every 15 years = 1 | | |
| Persistence Raw Score (subtotal of Sexual Offending)<br>　　0 = 0<br>　　1 = 1<br>　　2, 3 = 2<br>　　4, 5 = 3 | | |
| Persistence of Sexual Offending SUBSCORE | | |
| **DEVIANT SEXUAL INTERESTS**<br>**5. Any Sentencing Occasion For Non-contact Sex Offences:**<br>　　No = 0<br>　　Yes = 1 | | |
| **6. Any Male Victim:**<br>　　No = 0<br>　　Yes = 1 | | |
| **7. Young, Unrelated Victims:**<br>　　Does <u>not</u> have two or more victims < 12, one of them unrelated = 0<br>　　Does have two or more victims < 12 years, one must be unrelated = 1 | | |
| Deviant Sexual Interest SUBSCORE | | |
| **RELATIONSHIP TO VICTIMS**<br>**8. Any Unrelated Victim:**<br>　　No = 0<br>　　Yes = 1 | | |
| **9. Any Stranger Victim:**<br>　　No = 0<br>　　Yes = 1 | | |
| Relationship to Victims SUBSCORE | | |

| | | |
|---|---|---|
| **GENERAL CRIMINALITY**<br>**10. Any Prior Involvement with the Criminal Justice System**<br>    No = 0<br>    Yes = 1<br><br>**11. Prior Sentencing Occasions For Anything:**<br>    0-2 prior sentencing occasions for anything = 0<br>    3-13 prior sentencing occasions = 1<br>    14 or more prior sentencing occasions = 2<br><br>**12. Any Community Supervision Violation:**<br>    No = 0<br>    Yes = 1<br><br>**13. Years Free Prior to Index Sex Offence:**<br>    • More than 36 months free prior to committing the sexual offence that resulted in the index conviction AND more than 48 months free prior to index conviction = 0<br>    • Less than 36 months free prior to committing the sexual offence that    resulted in the index conviction OR less than 48 months free prior to conviction for index sex offence = 1<br><br>**14. Any Prior Non-sexual Violence Sentencing Occasion:**<br>    No = 0<br>    Yes = 1 | | |
| General Criminality raw score  (subtotal General Criminality items)<br>          0 = 0<br>    1, 2 = 1<br>    3, 4 = 2<br>    5, 6 = 3 | | |
| | General Criminality SUBSCORE | |
| | **TOTAL   -2  to 13** | |

**Score**     **Labels for Standardized Risk Categories**

-2, -1     =     Level I,    Very Low Risk
0, 1       =     Level II,   Below Average Risk
2, 3, 4    =     Level III,  Average Risk
5, 6       =     Level IVa, Above Average Risk
7 plus     =     Level IVb, Well Above Average Risk