02/02/2021

**Honorable U.S District Judge Conley,**

*I'd like to start off by first handedly apologizing to the victim's family for my actions. I was wrong for my misdoings with the minor involved. I feel utter disgust with myself and above all much disappointment. Ashamed to simply put. This family, your honor, went the extra mile to provide an abundance of both emotional and mental support for me. They were there for me in my times of need, in my times of sorrow, whenever I was at my lowest state they were there.*

*By my actions I let them down, let myself down, and above all let those who are close and dear to me down. I am aware that I can not undo the wrongdoing I committed with the minor and that I can not change the past. If given the opportunity to do so however, I would.*

*Secondly, I want to apologize to my victim. Minor A looked up to me as his only male-figure in his life. He admired me, thought highly of me, and trusted me. I was his hero I recall him telling me in the past. "I want to be like you when I grow up." Regrettably, I only induced mental trauma to Minor A. His so-called hero turned into a villain. I only hope and pray that I can be forgiven as it was never my intention to commit such an atrocity against him.*

*Finally, I want to give my sincerest apologies and thanks to my friends and family who have stood by my side through these rough times. They have given me nothing less of mental and emotional support this past year since my arrest. They have helped calmed my gravest anxiety episodes and highest depression peaks. I know they are having a tough time dealing with me not being home; with me being incarcerated. I only wish things were different for them.*

*Your honor, I have taken the past few months to reflect back on myself to think about who I am, why I am here, and where I am going. I know my actions carry consequences. Despite the crime I committed, I would like to think that I won't be judged entirely based on it.*

*I know I am nothing close to perfect, but I try my best to be. My heart is full of love and kindness as contradicting it may sound, I care for people and love all people just the same. I never want to see anyone going through struggles like I did. I should have reached out for help and attended proper treatment for my mental health and drug abuse. Instead, I ran for the hills because I didn't think it would work out for me at the end.*

*Thinking back on it, I now know it would have made a difference in my life. I want it to be known that once this is over for me; I will come out a better person. I will be a better person.*

**Sincerely,**

[signature]